## RESCRIPTS WITHOUT OPINION.

Pursuant to the requirements of G. L. (Ter. Ed.) c. 211, § 9, the Reporter publishes the following:

FRANCES M. COLLINS & another, petitioners to establish the truth of exceptions.   October 6, 1937.   Petition dismissed.   And it is further ordered that copies of this rescript be transmitted to the Clerk of the Superior Court for the county of Suffolk to be filed in each of the cases of Frances M. Collins *vs.* Joseph Malfa *et al.* and Timothy F. Collins *vs.* Joseph Malfa *et al.*, pending in said Superior Court.

*L. H. Sawyer*, for the petitioners.

*A. S. Allen*, for the respondents.

BAR ASSOCIATION OF THE COUNTY OF MIDDLESEX *vs.* JOHN J. BURNS.   November 9, 1937.   Appeal dismissed since this is not such a case as can be brought before this court on appeal.   G. L. (Ter. Ed.) c. 231, § 96.

*J. J. Burns, pro se.*

*N. B. Vanderhoof*, designated under G. L. (Ter. Ed.) c. 221, § 40.